No. 1004. **Duncan, Malony & Co.** *v.* **Brown.** November Term, 1880. This was an order restoring to the docket an appeal dismissed by the clerk under Rule VII. No opinion filed. Order bears date March 18th, 1881.